**Brief Struck and Order filed October 17, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00827-CV

_____

**WANDA A. AKOREDE, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION F/K/A TEXAS DEPARTMENT OF ASSISTIVE REHABILITATION SERVICES, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-57837**

---

## O R D E R

On January 25, 2019, appellant filed a brief that does not comply with the Texas Rules of Appellate Procedure. The brief fails to comply generally with Rule 38.1

Accordingly, we **STRIKE** appellant's brief. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by October 31, 2019.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief.  *See* Tex. R. App. P. 38.9(a). If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution or the trial court's judgment affirmed based on appellee's brief. *See* Tex. R. App. P. 38.8(a)(1), (3).


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.